IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:18-CR-592-N |
| v. | |
| ROBERT DARREN MOORE | |

CONSENT TO TRANSFER CASE FOR PLEA AND SENTENCE
*(Under Rule 20)*

I, Robert Darren Moore, defendant, have been informed that an Indictment is pending against me in the above-designated case. I wish to plead *guilty* to the offense charged, and I hereby consent, pursuant to Fed. R. Crim. P. 20, to the transfer and disposition of this case to the Northern District of Texas, in which I am held, and to waive trial in the Eastern District of Texas.

Signed on this __28__ day of __AUGUST__, 2019.

__R. Moore__
ROBERT DARREN MOORE
Defendant

~~ERIN BRENNAN~~ JOHN OLIPHANT
Attorney for Defendant

Approved:

ERIN NEALY COX
United States Attorney
Northern District of Texas

JOSEPH D. BROWN    2/14/19
United States Attorney
Eastern District of Texas

DAMIEN M. DIGGS
Assistant United States Attorney
Northern District of Texas

for WES WYNNE
Assistant United States Attorney
Eastern District of Texas

Consent to Transfer Case for Plea and Sentence – Solo Page