# U.S. District Court
## Eastern District of TEXAS [LIVE] (Sherman)
### CRIMINAL DOCKET FOR CASE #: 4:18-cr-00236-SDJ-KPJ-1

| | |
|---|---|
| Case title: USA v. Moore | Date Filed: 12/12/2018 |

Assigned to: District Judge Sean D. Jordan
Referred to: Magistrate Judge Kimberly C Priest Johnson

**Defendant (1)**

**Robert Darren Moore**

| **Pending Counts** | **Disposition** |
|---|---|
| BANK ROBBERY AND AIDING AND ABETTING (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Wes Wynne** <br> US Attorney's Office - Sherman <br> 600 East Taylor, Suite 2000 <br> Sherman, TX 75090 <br> 903-868-9454 <br> Fax: 903-892-2792 <br> Email: wes.wynne@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2018 | 1 | INDICTMENT as to Robert Darren Moore (1) count(s) 1. (mem) (Entered: 12/13/2018) |
| 12/12/2018 | 3 | E-GOV SEALED Form AO 257 filed as to Robert Darren Moore (mem) (Entered: 12/13/2018) |
| 08/26/2019 | | Pursuant to GO 19-13, all criminal cases originating in the Sherman Division which have heretofore been assigned to Judge Marcia Crone be and they are reassigned to Judge Sean Jordan, and the Clerk is directed to effect this reassignment instanter. Pursuant to SDJ-72-1, all pretrial motions in Sherman Division criminal cases assigned to United States District Judge Sean Jordan, with the exception of motions to suppress evidence, to dismiss or quash or |

an indictment or information made by the defendant, to continue, to sever, and to transfer venue, are hereby REFERRED to United States Magistrate Judge Kimberly C. Priest Johnson for consideration and hearing as deemed necessary, and a determination. Case as to Robert Darren Moore reassigned to District Judge Sean D. Jordan and Magistrate Judge Kimberly C Priest Johnson. District Judge Marcia A. Crone, Magistrate Judge Christine A. Nowak no longer assigned to the case. (tkd, ) (Entered: 08/27/2019)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/04/2019 09:28:41 | | | |
| PACER Login: | yp0216:3901433:4259697 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:18-cr-00236-SDJ-KPJ |
| Billable Pages: | 1 | Cost: | 0.10 |