IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
DEC 1 2 2018
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. 4:18CR 236 |
| | § § | Crone |
| ROBERT DARREN MOORE | § | |

## INDICTMENT

The United States Grand Jury Charges:

### COUNT ONE

Violation: 18 U.S.C. § 2113(a)
and §2 (Bank Robbery and Aiding
and Abetting)

On or about the 12th day of October 2018 in Grayson County, Texas, in the Eastern District of Texas, **Robert Darren Moore**, defendant, with persons known and unknown to the United States Grand Jury, aided and abetted by each other, did intentionally and knowingly by intimidation, take from the person or presence of another money, namely United States currency, belonging to and in the care, custody, control, management, and possession of Texas Star Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2 and § 2113(a).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

As a result of committing the forgoing offense, the defendant, **Robert Darren Moore**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any and all property derived from the proceeds the defendant obtained directly or indirectly as a result of the foregoing offense, including but not limited to the following:

1. Cash Proceeds - $12,786.00 in United States Currency stolen by the defendant from Texas Star Bank on 10/12/18, and seized from Lakeway Motel, 201 US 70, Room #4, Kingston, OK, 73439 on 10/13/18.

2. Money Judgment - $19,970.00 in United States Currency stolen from Texas Star Bank by the defendant on 10/12/18, which remains unrecovered.

Substitute Assets

Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendant shall forfeit to the United States any other property of the defendant's up to the value of the forfeitable property.

A TRUE BILL

_____
FOREMAN

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*for* WES WYNNE
Assistant United States Attorney

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | No. 4:18CR |
| v. § | |
| § | |
| ROBERT DARREN MOORE § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 2 & 18 U.S.C. § 2113(a)

Penalty:   Imprisonment of not more than twenty years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00